PER CURIAM.
Affirmed. See K-Mart Corp. v. Chairs, Inc., 506 So.2d 7 (Fla. 5th DCA 1987), review denied, 513 So.2d 1060 (Fla.1987); Rowland Truck Equip., Inc. v. Everwear Prods., Inc., 468 So.2d 393 (Fla. 3d DCA 1985); Metropolitan Dade County Transit Auth. v. Simmons, 375 So.2d 858 (Fla. 3d DCA 1979), cert. denied, 386 So.2d 639 (Fla.1980); Fri *1108 er’s, Inc. v. Seaboard Coastline R.R., 356 So.2d 208 (Fla. 1st DCA 1978).